This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**RAUL A. CANO C.,**

Plaintiff-Appellant,

v. **No. A-1-CA-37848**

**JEFFREY PETERSON,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Carl J. Butkus, District Judge**

Raul A. Cano C.
Albuquerque, NM

Pro Se Appellant

Allen Law Firm, LLC
Michelle Maire Lalley Blake
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**VANZI, Judge.**

**{1}** Plaintiff, a self-represented litigant, appeals the district court's affirmance of the metropolitan court's order of dismissal. This Court issued a notice of proposed disposition, proposing to affirm. Plaintiff filed a memorandum in opposition, which we have duly considered. Unpersuaded, we affirm.

**{2}** On appeal, Plaintiff contends that the trial court erred by refusing to admit two documents (a repair order and NADA car values) under exceptions to the hearsay rule. [DS 2] Our notice proposed to adopt the district court's recitation of the facts, the applicable law, and its reasoning and result.

**{3}** In response, Plaintiff has not asserted any new facts, law, or argument. He simply "ask[s] to be rewarded more money from this matter [and contends] the law was not applied in the correct way." [MIO 1] This does not persuade us that our adoption of the district court's memorandum opinion, as laid out in our calendar notice, is incorrect. *See State v. Mondragon*, 1988-NMCA-027, ¶ 10, 107 N.M. 421, 759 P.2d 1003 (stating that a party responding to a summary calendar notice must come forward and specifically point out errors of law and fact, and the repetition of earlier arguments does not fulfill this requirement), *superseded by statute on other grounds as stated in State v. Harris*, 2013-NMCA-031, ¶ 3, 297 P.3d 374.

**{4}** Accordingly, for the reasons set forth in our notice, we affirm.

**{5}** **IT IS SO ORDERED.**

**LINDA M. VANZI, Judge**

**WE CONCUR:**

**JULIE J. VARGAS, Judge**

**JENNIFER L. ATTREP, Judge**